**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Byron Carlton CUMBER,**
**Defendant–Appellant.**

No. 01–7852.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 26, 2002.

Decided March 14, 2002.

Byron Carlton Cumber, Appellant Pro Se.

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Byron Cumber seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Cumber's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Cumber,* Nos. CR–99–28; CA–00–154–7–F (E.D.N.C. filed Aug. 28, 2001; entered Aug. 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*